IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG HO,

        Plaintiff,                    No. CIV S-07-0841 WBS EFB P

   vs.

CMO DR. POMAZAL,[1]

        Defendant.             <u>ORDER</u>

                               /

       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff requests leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

       Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

       Plaintiff must pay the statutory filing fee of $350. *See* 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his prison trust account. All payments shall be forwarded by the appropriate

---

[1] Plaintiff names Dr. Pomazal as the defendant in this matter. All future pleadings in this case will therefore reference the caption in this order.

1

agency to the Clerk of the Court when amount in plaintiff's account exceeds $10 until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

Plaintiff initiated this action by the filing of a complaint on May 2, 2007.  Before the court had an opportunity to screen the complaint, plaintiff filed an amended complaint on May 29, 2007.  The court finds that, for the limited purposes of § 1915A screening, the amended complaint states a cognizable claim for relief against defendant pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, it hereby is ordered that:

1. Plaintiff's request for leave to proceed *in forma pauperis* is granted.

2. Plaintiff must pay the statutory filing fee of $350 for this action.  All payments shall be collected in accordance with the order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for defendant CMO Dr. Pomazal.

4. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and one copy of the May 29, 2007, pleading.

5. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 form and two copies of the endorsed May 29, 2007, pleading.

6. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendant Pomazal pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated:  July 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG HO,

        Plaintiff,                      No. CIV S-07-0841 WBS EFB P

    vs.

CMO DR. POMAZAL,

        Defendants.            NOTICE OF SUBMISSION
_____ /   OF DOCUMENTS

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

       One       completed summons

       ____       completed USM-285 forms

       ____       copies of the _____
                              Complaint/Amended Complaint

DATED:

                                              Plaintiff

3