IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG HO,

      Plaintiff,                      No. CIV S-07-0841 WBS EFB P

    vs.

CMO DR. POMAZAL,

      Defendant.                ORDER

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On September 24, 2007, the court granted plaintiff 30 days' leave to file an amended complaint. On October 25, 2007, plaintiff filed a first-amended complaint.

        The court finds that, for the limited purposes of §1915A screening, the amended complaint states a cognizable claim for relief against defendant Pomazal pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

        Accordingly, it hereby is ordered that:

    1. Service is appropriate for defendant Pomazal.

    2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and one copy of the October 25, 2007, pleading.

/////

1

3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 form and two copies of the endorsed October 25, 2007, pleading.

4. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendant Pomazal pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated:   November 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
|   | IN THE UNITED STATES DISTRICT COURT |
|   | FOR THE EASTERN DISTRICT OF CALIFORNIA |

HUNG HO,

        Plaintiff,                            No. CIV S-07-0841 WBS EFB P

    vs.

CMO DR. POMAZAL,

        Defendant.                   <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____ /

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

           <u>  1  </u>        completed summons form

           <u>     </u>        completed forms USM-285

           <u>     </u>       copies of the <u>            </u>
                                                      First Amended Complaint

Dated:

                                                _____
                                                          Plaintiff