IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG HO,

        Plaintiff,                      No. CIV S-07-0841 WBS EFB P

    vs.

CMO DR. POMAZAL, et al.,

        Defendants.             FINDINGS AND RECOMMENDATIONS

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 1, 2008, defendant Pomazal, the sole defendant in this case, moved to dismiss this action on the ground that plaintiff failed to exhaust available administrative remedies before filing suit. *See* 42 U.S.C. § 1997e; Fed. R. Civ. P. 12(b). On May 28, 2008, the court found that notice of the requirements for filing an opposition or statement of no opposition to a motion to dismiss had been served on plaintiff. However, plaintiff had not filed an opposition or statement of no opposition to the motion to dismiss. Also, the court set out its authority to dismiss an action with or without prejudice if a party disobeys an order or the applicable rules of court, *see* Fed. R. Civ. P. 41(b), giving plaintiff 20 days to file either an opposition to defendant's motion or a statement of no opposition.

////

1    The 20-day period has expired and plaintiff has not filed an opposition or statement of no
2 opposition to the motion to dismiss, or otherwise responded to the May 28, 2008, order.  This
3 action must be dismissed.

4    Accordingly, it is RECOMMENDED that this action be dismissed without prejudice.
5 *See* Fed. R. Civ. P. 41(b).

6    These findings and recommendations are submitted to the United States District Judge
7 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
8 after being served with these findings and recommendations, any party may file written
9 objections with the court and serve a copy on all parties.  Such a document should be captioned
10 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
11 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
12 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
13 Dated: July 23, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2