IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG HO,

    Plaintiff,                No. CIV S-07-0841 WBS EFB  P

   vs.

CMO DR. POMAZAL, et al.,

    Defendants.        ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On July 23, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

       The court has reviewed the file and, for the reasons set forth in the findings and recommendations, and because defendant has met his burden of showing that plaintiff failed to properly exhaust his available administrative remedies, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed July 23, 2008, are adopted in full;

2. Defendant's motion to dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure is granted; and

3. This action is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

DATED: October 14, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE